IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.   CASE NO.  4:04cr3-RH/WCS
     4:05cv449-RH/WCS

MAURICE PERNELL McKINNEY,

    Defendant.

_____/

## ORDER DENYING §2255 MOTION

This matter is before the court on the magistrate judge's report and recommendation (document 102), to which no objections have been filed.  Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court.  The clerk shall enter judgment stating, "Defendant's motion for relief under 28 U.S.C. §2255 (document 96) is DENIED WITH PREJUDICE."  The clerk shall close the file.

    SO ORDERED this 16th day of July, 2007.

                                       s/Robert L. Hinkle
                                       Chief United States District Judge